UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN LETICIA SANCHEZ CASTELLANOS, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>DIRECTOR OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>      Defendant. | Case No. 24-cv-03268-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Rita F. Lin for consideration of whether the case is related to *De Sousa et al v. Director of U.S. Citizenship and Immigration Services*, Case No. 23-cv-04657.

**IT IS SO ORDERED.**

Dated: June 5, 2024



WILLIAM H. ORRICK
United States District Judge